# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| CRAIG GRAY, | : No. 7 EM 2015 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS PHILADELPHIA, | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.